**FILED**
VANESSA L. ARMSTRONG, CLERK

NOV - 6 2018

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

**KENNETH R. BETTS**

INDICTMENT

NO. 3:18-CR-176-DJH

18 U.S.C. § 1470
18 U.S.C. § 2252A(a)(2)(A)
18 U.S.C. § 2252A(a)(5)(B)
18 U.S.C. § 2252A(b)(1)
18 U.S.C. § 2252A(b)(2)
18 U.S.C. § 2422(b)
18 U.S.C. § 2253
18 U.S.C. § 2428

The Grand Jury charges:

## COUNT 1
*(Distribution of Child Pornography)*

On or about May 14, 2014, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **KENNETH R. BETTS**, knowingly distributed child pornography, as that term is defined in 18 U.S.C. § 2256(8)(A), using any means and facility of interstate commerce and in and affecting interstate commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1).

The Grand Jury further charges:

## COUNT 2
*(Possession of Child Pornography)*

On or about October 13, 2016, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **KENNETH R. BETTS**, knowingly possessed child pornography, as

that term is defined in 18 U.S.C. § 2256(8)(A), that had been transported in interstate commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

The Grand Jury further charges:

## COUNT 3
### (*Enticement*)

In or about and between February 2006 and February 2008, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **KENNETH R. BETTS**, using a facility and means of interstate commerce did knowingly persuade, induce, and entice an individual (John Doe 1), who had not attained the age of eighteen years, to engage in sexual activity for which a person may be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

The Grand Jury further charges:

## COUNT 4
### (*Enticement*)

In or about and between May 2010 and May 2014, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **KENNETH R. BETTS**, using a facility and means of interstate commerce did knowingly persuade, induce, and entice an individual (John Doe 2), who had not attained the age of eighteen years, to engage in sexual activity for which a person may be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

The Grand Jury further charges:

## COUNT 5
*(Transfer of obscene material to a minor)*

In or about and between May 2010 and May 2012, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **KENNETH R. BETTS**, using a facility and means of interstate commerce, knowingly transferred obscene matter, specifically, pictures of his naked penis, to another individual who had not attained the age of 16 years, (John Doe 2), knowing that such other individual had not attained the age of 16 years.

In violation of Title 18, United States Code, Section 1470.

The Grand Jury further charges:

## COUNT 6
*(Enticement)*

In or about and between June 2013 and July 2013, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **KENNETH R. BETTS**, using a facility and means of interstate commerce did knowingly persuade, induce, and entice an individual (Jane Doe 1), who had not attained the age of eighteen years, to engage in sexual activity for which a person may be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

The Grand Jury further charges:

## COUNT 7
*(Attempted Enticement)*

In or about and between September 2014 and November 2014, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **KENNETH R. BETTS**, using a facility

and means of interstate commerce attempted to knowingly persuade, induce, and entice an individual (John Doe 3), who had not attained the age of eighteen years, to engage in sexual activity for which a person may be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

## NOTICE OF FORFEITURE

As a result of committing the offenses in violation of Counts 1, 2, 3, 4, 6 and 7 of this Indictment, the defendant, **KENNETH R. BETTS**, shall forfeit to the United States, pursuant to 18 U.S.C. §§ 2253(a)(3) and 2428, all of the right, title, and interests in any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses or any property traceable to such property.

A TRUE BILL.

FOREPERSON

_Russell M. Coleman_
RUSSELL M. COLEMAN
UNITED STATES ATTORNEY

RMC:JEL:181022

4

UNITED STATES OF AMERICA v. KENNETH R. BETTS

## PENALTIES

Count 1:     NL 5 yrs./NM 20 yrs./$250,000/both/NL 5 yrs./NM Life Supervised Release
Count 2:     NM 10 yrs./$250,000/both/NL 5 yrs./NM Life Supervised Release
*mandatory $5,000 assessment if the defendant is non-indigent (18 U.S.C. § 3014 – eff. 5/29/2015)
Counts 3, 4, 6 & 7: NL 10 yrs./NM life/$250,000/both/NL 5 yrs./NM Life Supervised Release
Count 5:     NM 10 yrs./$250,000/both/NL 5 yrs./NM Life Supervised Release
Forfeiture

## NOTICE

### ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

> If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

## RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

## APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

## PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No.

# UNITED STATES DISTRICT COURT
Western District of Kentucky
At Louisville

THE UNITED STATES OF AMERICA

vs.

# KENNETH R. BETTS

### INDICTMENT

### COUNT 1
*Distribution of Child Pornography*
18 U.S.C. §§2252A(a)(2)(A) and 2252A(b)(1)

### COUNT 2
*Possession of Child Pornography*
18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2)

### COUNTS 3, 4, 6
*Enticement*
18 U.S.C. §2422(b)

### COUNT 5
*Transfer of obscene material to a minor*
18 U.S.C. §1470

### COUNT 7
*Attempted Enticement*
18 U.S.C. § 2422(b)

**Forfeiture**



*A true bill*

_____ *Foreperson*

*Filed in open court this 6th day of November, 2018.*
VANESSA L. ARMSTRONG, CLERK

NOV 6 2018 _____ Clerk

*Bail, $*

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY