

## Case Assignment
## Standard Criminal Assignment

Case number **3:18CR-176-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Designated Magistrate Judge : Magistrate Judge Regina S. Edwards
Magistrate Judge Code : 44AT

Assigned on 11/6/2018 2:45:46 PM
Transaction ID: 15365

Request New Judge    Return