

**FILED**
VANESSA L. ARMSTRONG, CLERK

NOV − 6 2018

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.                                              3:18-CR-176-DJH

KENNETH R. BETTS                                          DEFENDANT

<u>NOTICE OF ENTRY OF APPEARANCE</u>

Assistant United States Attorney Jo E. Lawless hereby enters her appearance of record on

behalf of the United States of America.

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney

Jo E. Lawless
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 625-7065
FAX:   (502) 582-5097
Email: jo.lawless@usdoj.gov