**FILED**
VANESSA L. ARMSTRONG, CLERK

NOV - 6 2018

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA              PLAINTIFF

vs.             CRIMINAL ACTION NO. 3:18-CR-176-DJH

KENNETH R. BETTS              DEFENDANT

## MOTION TO SEAL INDICTMENT

Comes the United States of America, by counsel, Jo E. Lawless, Assistant United States Attorney for the Western District of Kentucky, and moves the Court pursuant to Rule 6(e), Federal Rules of Criminal Procedure, to order and direct that the indictment returned by the Federal Grand Jury this November 6, 2018, charging the above-named defendant with a violation of Title 18, United States Code, Sections 1470, 2252A(a)(2)(A), 2252A(a)(5)(B), 2252A(b)(1), 2252A(b)(2), 2422(b), 2253, and 2428, be kept secret until the defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, and to further order that until the defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, that no person disclose the return of the indictment, or any warrant or order issued pursuant thereto except as necessary for the issuance and execution of warrant for the arrest of the defendant.

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney

*(signature)*
for Jo E. Lawless
Assistant U.S. Attorney