UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                    PLAINTIFF

vs.                                                    CRIMINAL ACTION NO. 3:18-CR-176-DJH

KENNETH R. BETTS                                                            DEFENDANT

## ORDER

The indictment returned by the Federal Grand Jury charging the above-named defendant with a violation of Title 18, United States Code, Sections 1470, 2252A(a)(2)(A), 252A(a)(5)(B), 2252A(b)(1), 2252A(b)(2), 2422(b), 2253, and 2428, is hereby ORDERED to be kept secret until the defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, and no person shall disclose the return of this indictment or any warrant or order issued pursuant thereto, except as necessary for the issuance and execution of warrant for the arrest of the defendant.

This 6th day of November, 2018.

_____
United States Magistrate Judge

**ENTERED**
VANESSA L. ARMSTRONG, CLERK

NOV -6 2018

U.S. DISTRICT COURT
WEST'N DIST. KENTUCKY