UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                              PLAINTIFF

vs.                                                                                                              3:18CR-176-DJH

KENNETH R. BETTS                                                                                      DEFENDANT

**ORDER**

This matter is before the Court on motion of the United States of America to stay the anticipated release Order announced in open court on November 6, 2018, in the above-referenced case until the Court has an opportunity to review and resolve the United States' forthcoming motion to revoke said release order. The United States advised that it intends to file its motion to revoke the release order by close of business on November 8, 2018. **IT IS ORDERED** as follows:

1. The motion is **GRANTED** and any Release Order entered following the November 7, 2018, Detention Hearing is **STAYED** from execution pending further Order of this Court; and

2. The United States shall file its motion to revoke release no later than close of business on November 8, 2018.