UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                       PLAINTIFF

v.                                     CRIMINAL ACTION NO. 3:18-CR-176-DJH

KENNETH R. BETTS                                          DEFENDANT

### RESPONSE TO THE UNITED STATES' MOTION TO STAY RELEASE
*ELECTRONICALLY FILED*

Comes the Defendant, by counsel Brian Butler, and in opposition to the United States' Motion to Stay Release states as follows:

### Procedural Background

On November 6, 2018, a Federal Grand Jury indicted Mr. Betts in connection with a joint federal and state investigation. Mr. Betts was aware of this upcoming indictment and United States Probation was notified last week by both parties of the upcoming indictment so a detention hearing could be held promptly. Mr. Betts was told by the United States to surrender himself to United States' Marshals on November 7 at 10:00 a.m. He surrendered as directed.

Yesterday, the United States Magistrate conducted a detention hearing. In said hearing, the United States conceded that Mr. Betts was not a flight risk. They further conceded that Mr. Betts rebutted the presumption with regard to the presumption that detention was necessary for the safety of any other person and the community pursuant to 18 U.S.C. 3142(g). They, however, argued that there was clear and convincing evidence supporting detention based upon their position that Mr. Betts was a continuing danger to the community. The United States Magistrate Judge correctly overruled the United States' Motion to Detain Mr. Betts.

The United States Magistrate Judge specifically found that there are conditions that reasonably protect the public. The Magistrate Judge ordered home incarceration with no releases not specifically approved by United States Probation. He ordered location monitoring. He ordered no unsupervised visitation with any minors. He ordered all computers and electronic devices capable of accessing the internet to be removed from the home. He also swore Mr. Betts' mother in as a third party custodian and directed her to live in the home with Mr. Betts. Mr. Betts is scheduled to be released today pending United States Probation's approval of his home as a suitable location.[1]

Argument

18 U.S.C. § 3145(a) authorizes the United States to appeal the Magistrate Judge's release order. 18 U.S.C. § 3145 does not specifically address a request for a stay of the release order. The United States cites *United States v. Bingham*, 569 F.3d 220 (5th Cir. 2009) for the proposition that the Court has the authority to stay the detention hearing.

In its Motion to Stay, the United States does not assert a valid reason that warrants a stay of the Magistrate Judge's release order. As previously stated, they have conceded that Mr. Betts is not a flight risk. It is difficult to envision any credible argument that Mr. Betts on home detention with location monitoring being supervised by United States Probation with a credible upstanding citizen as a third party custodian poses a realistic threat to the safety of the community while the United States prepares its appeal.

Moreover, the United States acknowledged in its presentation yesterday that the enticement allegations against Mr. Betts are at a minimum 4 years old and much of the alleged

---

[1] United States Probation conducted the home visit last night and the undersigned is unaware of any issues or problems based upon his conversation with Karen Betts; the mother of Kenneth Betts who was present during the inspection.

conduct occurred well beyond 4 years. They further acknowledged that they seized all of Mr. Betts' computer and electronic devices in October 2016 and did not uncover any alleged enticement post November 2014.

      It is also important to note that Mr. Betts was charged in Jefferson Circuit Court on April 12, 2017 with charges connected to this investigation. He has been released on bond since that time without any new charges or violations.

      Simply put, this alleged conduct stopped well before the initiation of this investigation. Additionally, Mr. Betts has had access to the vast majority of this investigation for months pursuant to state discovery rules. He has had ample freedom and insight into this public investigation leading up to the federal charges without causing any harm to anyone. What he has done for the two years since this investigation commenced is to help raise his two year old daughter and work two jobs to support his family. He was a danger to no one during this time frame. He did not suddenly become dangerous yesterday.

      WHEREFORE, the undersigned asks the Court to enter the attached Order denying the United States' Motion to Stay.

      Respectfully submitted,

      /s/ Brian Butler

      _____
      BRIAN BUTLER
      Attorney at Law
      600 West Main St., Suite 500
      Louisville, Kentucky 40202
      (502) 594-1802

<u>CERTIFICATE OF SERVICE</u>

 I hereby certify that a copy of the foregoing motion was electronically filed using the Court's electronic filing system on November 8, 2018 with service to counsel of record.

       /s/ Brian Butler

       _____
       BRIAN BUTLER
       Attorney at Law
       600 West Main St., Suite 500
       Louisville, Kentucky 40202
       (502) 594-1802