UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA              PLAINTIFF

v.               CRIMINAL ACTION NO. 3:18-CR-176-DJH

KENNETH R. BETTS                DEFENDANT

\*\*\*\*\*

## **ORDER**

The United States having moved to stay the release order, and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the Motion to Stay is DENIED.