UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                    PLAINTIFF

vs.                                                                                                3:18CR-176-DJH

KENNETH R. BETTS                                                                              DEFENDANT

**ORDER**

This matter is before the Court on motion of the United States of America to revoke the release Order (DN 12). For the reasons set forth more fully in the United States' motion, **IT IS ORDERED** that the release Order is revoked and the defendant shall remain in custody pending disposition of the charges against him.