# Exhibit A

| | |
|---|---|
| NO.   17CR1041 | JEFFERSON CIRCUIT COURT<br>DIVISION TWO (2) |
| **COMMONWEALTH OF KENTUCKY** | **PLAINTIFF** |
| VS. | **ORDER OF ARRAIGNMENT**<br>**AND**<br>**DISCOVERY** |
| **KENNETH RYAN BETTS** | **DEFENDANT** |

\*\*\*\* \*\*\* \*\*\*\*

REPRESENTING THE COMMONWEALTH:   **CHRISTIE J. FOSTER**

REPRESENTING THE DEFENDANT:   _B. Buller_

At a Court hearing held _____, **2017, at 9:00AM.** came the Defendant, in person and by counsel, for the purpose of arraignment on the charges stated herein. Counsel was provided a copy of the indictment; acknowledged the identity of the Defendant; waived formal reading of the indictment; reserved the right to make necessary motions; entered a plea of not guilty of the charge(s) alleged in the said indictment and asked the Court to assign this case to a date for a formal adjudication. The Court accepted the plea of the Defendant.

Wherefore, **IT IS HEREBY ORDERED** that:

On _6/19/17_, at _1:30_ a.m. / p.m., the Court will hold a pretrial conference in this case.

As to bail or condition of pretrial release, after considering the Defendant's risk of flight, risk of non-appearance, and risk of anticipated criminal conduct, and Pre-Trial Services' pre-trial risk assessment, and risk reduction plan, that the ***Defendant's bond be set at:***

_____.

The Defendant shall commit no additional offenses, and shall comply with the following non-financial condition(s) of release: _____

_____

_____.

The Defendant is admonished that an arrest warrant will issue and bond will be revoked if the conditions are violated.

_____ On _____ at _____ a.m./p.m., the Court will hold a ***bond***

1

***hearing*** in this case. Counsel for the Defendant will provide a written copy of their Motion for Bond Reduction before the date of the hearing.

**IT IS FURTHER ORDERED THAT:**

_____    The Public Defender's Office shall be appointed to represent the Defendant.

(1)   **Discovery - RCr 7.24(1).** Counsel shall comply with the Rules of Criminal Procedure regarding discovery within the time frames outlined in the Rules of Practice of the Jefferson Circuit Court.

(2)   **Grand Jury Transcript - RCr 5.16(3).** Upon written request by the Defendant, the Commonwealth shall deliver any mechanical recording, or a duplicate tape, of the grand jury proceedings relating to the Defendant's indictment, subject to appropriate arrangements for payment. Said tape shall be provided to Defendant represented by the Public Defender without cost pursuant to KRS Chapter 31 by presenting a copy of this Order to Grand Jury Personnel.

(3)   **Exculpatory Evidence.** The Commonwealth shall disclose to the Defendant, in writing, all evidence or information that tends to negate the guilt of the defendant including, but not limited to, prior felony convictions of witnesses if known by the Commonwealth or its agents. Said disclosure shall be made at the time discovery is provided, but in no event later than the day of pretrial. This Order does not preclude a subsequent defense motion for discovery based on a showing of good cause. Further, the entry of this Order does not bar specified defense motions for exculpatory evidence pursuant to *Brady v. Maryland*, 373 U.S. 83, 83 S.Ct. 1194, 10 L.Ed.2d 215 (1963) and *United States v. Agurs*, 427 U.S. 97, 96 S.Ct. 2392, 49 L.Ed.2d (1976).

(4)   **Sanctions.** Failure to comply with this Order may result in the imposition of appropriate sanctions set forth in RCr 7.24(9).

ENTERED IN COURT
DAVID L. NICHOLSON, CLERK
APR 17 2017
BY _____ DEPUTY CLERK

_____
JUDGE
JEFFERSON CIRCUIT COURT
Date: 4/12/17

cc:   _____, *Assistant Commonwealth's Attorney*
      _____, *Counsel for Defendant*

2



**Kentucky**
COURT OF JUSTICE

Prepared by AOC-AOC_PRETRIAL-Alan_Schuhmann
4/12/2017 10:28:39 PM

**Disposition Report:**

**Page 1 of 1**

| BETTS, KENNETH RYAN | | 09/25/1984 | 402357782 | M | | W |
|---|---|---|---|---|---|---|
| 17-CR-001041 | JEFFERSON | ACTIVE WARRANT(s) | | | | CASE: 1 of 1 |
| 001 | 4/12/2017 | SODOMY, 1ST DEGREE<br>**** Pending | | | | CHARGE 1 ORIGINAL |
| 002 | 4/12/2017 | SODOMY, 3RD DEGREE<br>**** Pending | | | | CHARGE 2 ORIGINAL |
| | | CASH Bond set on 4/12/2017 for 15000.00<br>WARRANT OF ARREST ON INDICTMENT issued on 4/12/2017<br>ARRAIGNMENT scheduled for 04/17/2017 09:00 AM | *ASSIGNED TO DIV 2: ORIGINAL CHARGES* | | | |