UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v. Criminal Action No. 3:18-cr-176-DJH

KENNETH R. BETTS, Defendant.

\* \* \* \* \*

## **ORDER**

Defendant Kenneth R. Betts is charged with possession and distribution of child pornography, transferring obscene materials to a minor, and coercion or enticement of a minor. (Docket No. 1) On November 7, 2018, Betts made his initial appearance before Magistrate Judge Colin H. Lindsay. At the hearing, Magistrate Judge Lindsay ruled that pretrial detention was not warranted, and he ordered that Betts be released on bond. (*See* D.N. 13) Although the government did not seek a stay of Magistrate Judge Lindsay's ruling during the hearing, it filed a motion later that evening requesting that the release order be stayed pending resolution of an anticipated motion to revoke the order, which has since been filed. (*See* D.N. 10; D.N. 14) However, Betts had already been released by the time the motion to stay was presented to the Court, affording the Court no opportunity for meaningful review. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) The United States' motion to stay the release order (D.N. 10) is **DENIED** as moot.

(2) Betts shall respond to the United States' motion to revoke the release order (D.N. 14) by the close of business on **Wednesday, November 14, 2018**. The United States shall have until the close of business on **Friday, November 16, 2018**, to reply.