UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                                                          CRIMINAL ACTION NO. 3:18-CR-176-DJH

KENNETH R. BETTS                                                  DEFENDANT

*****

## ORDER

The United States having moved to revoke release order, and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the Motion to Revoke Release Order is DENIED.