UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| vs. | 3:18CR-176-DJH |
| KENNETH R. BETTS | DEFENDANT |

‒ *Filed electronically* ‒
**REPLY TO RESPONSE TO MOTION TO REVOKE RELEASE ORDER**

Comes the United States of America, by counsel, Jo E. Lawless, Assistant United States Attorney for the Western District of Kentucky, in reply to the defendant's response to the Motion to Revoke Release Order, and reasserts the original request, pursuant to 18 U.S.C. § 3145(a)(1).

The United States adopts its earlier motion as if set out fully herein.   A few points of clarification are needed concerning the defendant's response.   As a professional courtesy to defense counsel, the United States agreed to Betts' self-surrender on November 7, 2018. Additionally, Betts has not been in full compliance with the conditions of his release.   In fact, an arrest warrant for bond violation was issued and executed yesterday.   Therefore, the United States respectfully requests entry of an Order revoking the order of release and directing the detention of Betts pending disposition of the criminal action against him in this jurisdiction.

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney

/s/ *Jo E. Lawless*
Jo E. Lawless
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 625-7065
(502) 582-5097 (Fax)

<u>Certificate of Service</u>

I hereby certify that a copy of the foregoing was sent by electronic transmission through the Court's ECF system to defense counsel on November 15, 2018.

/s/ *Jo E. Lawless*
Jo E. Lawless
Assistant United States Attorney