UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                                              CRIMINAL ACTION NO. 3:18-CR-176-DJH

KENNETH R. BETTS                                                                        DEFENDANT

<u>MOTION TO STRIKE AND REPLACE</u>
*ELECTRONICALLY FILED*

Comes the Defendant, by counsel Brian Butler, and moves the Court to strike Exhibit 1 from our Response to the United States' Motion to Revoke Release Order and replace it with the attached redacted version.

                Respectfully submitted,

                /s/ Brian Butler

                _____
                BRIAN BUTLER
                Attorney at Law
                600 West Main St., Suite 500
                Louisville, Kentucky 40202
                (502) 594-1802

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing motion was electronically filed using the Court's electronic filing system on November 16, 2018 with service to counsel of record.

                /s/ Brian Butler

                _____
                BRIAN BUTLER