# Pretrial Services Report

**BETTS, KENNETH RYAN**  1940684
IN-CUSTODY
Case Number: 17-CR-001041
DOB: ██/██/████  Age: 32
SSN: ███-██-████
DLN: ████████
MALE - WHITE - MARRIED - NON-HISPANIC
Education: POST GRADUATE
Unsupervised Probation/Parole: NO
Supervised Probation/Parole: NO

Holding County: JEFFERSON
Interview Status: ACCEPTED
Interview Date/Time: 4/12/2017  7:38:03PM
Dependants: 1
Veteran: NO
CD Time: NO

### Recommendation
Risk Level: LOW RISK (2)  Elevated Risk: NO (2)
Appearance Probability: 91%  Arrest-free pending trial Probability: 94%
Recommendation: RELEASE ROR/USB PER STATUTE
* NOT TO VIOLATE ANY LOCAL, STATE, OR FEDERAL LAWS
* MAKE ALL SCHEDULED COURT APPEARANCES

### Comment
BAIL CREDIT-yes SURETY- VARINA BETTS ███-███-████

### Case/Charges
Booking Date : 4/12/2017  7:27:00PM
**JEFFERSON**       04/12/2017    **17-CR-001041**

| Code | Charge | Citation | Class | Level | Count |
|---|---|---|---|---|---|
| 0111800 | SODOMY, 1ST DEGREE | 7N3457892 | B | F | 1 |
| 0112050 | SODOMY, 3RD DEGREE | 7N3457892 | D | F | 1 |

### Case/Court Dates
**CIRCUIT COURT** in **JEFFERSON** on **04/13/2017** with status **PENDING** and outcome **N/A** for case number **17-CR-001041**
  **JEFFERSON** County Case Number **17-CR-001041**

### Upcoming Events
NO UPCOMING EVENT

### Address
**PRESENT** address is ███ ██████ ██, ███████████, KY, █████ for 1 Yrs 6 Mos 0 Wks 0 Dys. Lives with **SPOUSE**
Primary Phone : (███) ███-████        Secondary Phone : n/s

### Income
PRESENT    FULL-TIME EMPLOYEE    WAREHOUSE    Yrs: 0  Mos: 3
                                              Wks: 0  Dys: 0


EXHIBIT 1

1940684
04/12/2017 10:29 PM

BETTS, KENNETH RYAN
Page 1 of 2

| Risk Assessment Factor | Response | FTA Risk Points | NCA Risk Points | EVF Risk Points |
|---|---|---|---|---|
| 1. Is the Current Charge Violent? | Yes | 0 | 0 | 2 |
| 2. If Current Charge is Violent is the defendant under 21 years old at the time of the alleged criminal activity? | No | 0 | 0 | 0 |
| 3. Age at current arrest: 23 or older, 21 or 22, 20 or younger. | 23 or older | 0 | 0 | 0 |
| 4. Is the defendant charged with a new offense while there is a pending case? | No | 0 | 0 | 0 |
| Source: BOTH   Case Number   Verify Date: 04/12/2017   Filed Date   Convicted Date   FTA Date | | | | |
| 5. Does the defendant have at least one prior misdemeanor conviction? | No | 0 | 0 | 0 |
| Source: BOTH   Case Number   Verify Date: 04/12/2017   Filed Date   Convicted Date   FTA Date | | | | |
| 6. Does the defendant have at least one prior felony conviction? | No | 0 | 0 | 0 |
| Source: BOTH   Case Number   Verify Date: 04/12/2017   Filed Date   Convicted Date   FTA Date | | | | |
| 7. Number of failure to appears in the past two years? | 0 | 0 | 0 | 0 |
| Source: BOTH   Case Number   Verify Date: 04/12/2017   Filed Date   Convicted Date   FTA Date | | | | |
| 8. Does the defendant have any failure to appears older than 2 years | No | 0 | 0 | 0 |
| Source: BOTH   Case Number   Verify Date: 04/12/2017   Filed Date   Convicted Date   FTA Date | | | | |
| 9. Number of prior violent offense convictions? | 0 | 0 | 0 | 0 |
| Source: BOTH   Case Number   Verify Date: 04/12/2017   Filed Date   Convicted Date   FTA Date | | | | |
| 10. Does the defendant have at least one sentence to incarceration? | No | 0 | 0 | 0 |
| Source: BOTH   Case Number   Verify Date: 04/12/2017   Filed Date   Convicted Date   FTA Date | | | | |
| 11. Does the defendant have three or more alcohol/substance abuse arrests within the past five years? | No | 0 | 0 | 0 |
| Source: BOTH   Case Number   Verify Date: 04/12/2017   Filed Date   Convicted Date   FTA Date | | | | |
| **Converted Score Totals:** | | **1** | **1** | **2** |

**Domestic Violence Questions**

1940684

**BETTS, KENNETH RYAN**

04/12/2017 10:29 PM

Page 2 of 2