UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                                              CRIMINAL ACTION NO. 3:18-CR-176-DJH

KENNETH R. BETTS                                                      DEFENDANT

*****

# **ORDER**

The United States having moved to strike and replace Exhibit 1, and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the Motion to Strike and Replace Exhibit 1 from Kenneth Betts Response to the United States' Motion to Revoke Release Order is GRANTED.