**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**V.**                                **CRIMINAL ACTION NUMBER: 3:18CR-176-DJH**

**KENNETH R. BETTS**                                                      **DEFENDANT**

**O R D E R**

This matter came before the Court on November 15, 2018, to conduct an initial appearance and a bond revocation hearing. There appeared Jo E. Lawless, Assistant United States Attorney. The defendant appeared, in custody, with Brian Butler, retained counsel.  The proceedings were digitally recorded.

The Court heard witness testimony and arguments from counsel, and as fully stated on the record, the Court finds that there is clear and convincing evidence that defendant has violated the terms and conditions of his bond.   The Court also finds that the due to the defendant's behavior that he would not abide by any set of conditions that the Court could impose.

**IT IS HEREBY ORDERED** that the United States' motion for revocation of the defendant's bond is **GRANTED** and the bond set on November 7, 2018, is **REVOKED**.  The defendant is **remanded** to the custody of the United States Marshal pending the jury trial previously scheduled for January 14, 2019 at 9:30 a.m. before the Honorable David J. Hale, United States District Judge.

Copies to:
United States Attorney
Counsel for Defendant

|55|