UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                      Plaintiff,

v.                                                        Criminal Action No. 3:18-cr-176-DJH

KENNETH R. BETTS,                                                          Defendant.

\* \* \* \* \*

## ORDER

Defendant Kenneth R. Betts is charged with possession and distribution of child pornography, transferring obscene materials to a minor, and coercion or enticement of a minor. (Docket No. 1)  On November 8, Betts was released on bond by order of Magistrate Judge Colin H. Lindsay, and the United States filed a motion to revoke the release order.  (D.N. 14)  Before briefing on the motion to revoke was complete, Betts was arrested for violating the conditions of his bond, and Judge Lindsay ordered that he be detained.  (D.N. 22)  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the United States' motion to revoke the release order (D.N. 14) is **DENIED** as moot.

November 20, 2018

**David J. Hale, Judge**
**United States District Court**

1