UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:18-cr-176-DJH

KENNETH R. BETTS,     Defendant.

\* \* \* \* \*

### ORDER

Defendant Kenneth R. Betts filed a response to the United States' motion to revoke release order (Docket No. 17). Betts attached an exhibit titled, "State Pretrial Services Report." (D.N. 17-1) Betts subsequently filed this motion to strike and substitute requesting that the Court replace the existing State Pretrial Services Report exhibit with a redacted version that removes certain personal, identifying information. (D.N. 21) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that Betts's unopposed motion to strike and substitute (D.N. 21) is **GRANTED**. The Clerk of Court is **DIRECTED** to replace D.N. 17-1 with D.N. 21-1.

December 12, 2018

**David J. Hale, Judge**
**United States District Court**