UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                           CRIMINAL ACTION NO. 3:18-CR-176-DJH

KENNETH R. BETTS                                                DEFENDANT

### UNOPPOSED MOTION TO CONTINUE SENTENCING
*ELECTRONICALLY FILED*

Comes the Defendant, by counsel Brian Butler, and moves the Court to continue the sentencing until May 2019. In support of the motion, the undersigned states as follows:

The United States learned this week that there may be a restitution issue. The undersigned has been in contact with the United States concerning this issue and begun preliminary discussions. However, the parties need more time to see if they can resolve this issue prior to sentencing.

The United States suggested that a May sentencing date would give us time to work through any potential issue. The United States authorized the undersigned to state that they do not oppose continuing the sentencing to May.

WHEREFORE, the undersigned respectfully requests the Court to enter the attached Order continuing the sentencing to May 2019.

                                              Respectfully submitted,

                                              /s/ Brian Butler

                                              _____
                                              BRIAN BUTLER
                                              Attorney at Law
                                              600 West Main St., Suite 500
                                              Louisville, Kentucky 40202
                                              (502) 594-1802

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that a copy of the foregoing motion was electronically filed using the Court's electronic filing system on March 8, 2019 with service to counsel of record.

                                              /s/ Brian Butler

                                              _____
                                              BRIAN BUTLER