UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA											PLAINTIFF

v.												CRIMINAL ACTION NO. 3:18-CR-176-DJH

KENNETH R. BETTS												DEFENDANT

\*\*\*\*\*

## **ORDER**

Motion having been made unopposed to continue sentencing, and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the Motion to Continue is GRANTED.

IT IS FURTHER ORDERED that the new sentencing date is _____, 2019 at _____.