UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                        PLAINTIFF

v.                                                          CRIMINAL ACTION NO. 3:18-CR-176-DJH

KENNETH R. BETTS                                                                 DEFENDANT

*****

## ORDER

Motion having been made to file the sentencing memorandum under seal, and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the Motion to File a Sentencing Memorandum under seal is GRANTED.

May 1, 2019

**David J. Hale, Judge**
**United States District Court**