UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                     PLAINTIFF

vs.                                                          3:18CR-176-DJH

KENNETH R. BETTS                                             DEFENDANT

### ORDER

This matter is before the Court on a Motion for Leave to File a Sealed Motion. **IT IS ORDERED** that the motion is **GRANTED**.

May 6, 2019

**David J. Hale, Judge**
**United States District Court**