UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,	Plaintiff,

v.	Criminal Action No. 3:18-cr-176-DJH

KENNETH R. BETTS,	Defendant.

\* \* \* \* \*

## MEMORANDUM OF HEARING AND ORDER

This matter came before the Court on May 10, 2019, for a sentencing hearing, with the following counsel participating:

For the United States:    Jo Lawless

For Defendant:    Brian Butler

The defendant was present. Counsel presented the Court with arguments based on the factors set forth in 18 U.S.C. § 3553(a). The Court announced that it was not prepared to impose a sentence at the hearing and needed more time to consider the parties' arguments. Accordingly, it is hereby

**ORDERED** as follows:

(1) The sentencing hearing is **CONTINUED** to **May 23, 2019, at 9:30 a.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

(2) Any supplemental briefing the parties want the Court to consider **SHALL** be filed by the close of business on **May 17, 2019**.

May 10, 2019

**David J. Hale, Judge**
**United States District Court**

Court Time: 00/35(c)
Court Reporter: April Dowell