UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| vs. | 3:18CR-176-DJH |
| KENNETH R. BETTS | DEFENDANT |

### ORDER

This matter is before the Court on a Motion for Leave to File a Sealed Motion.  **IT IS ORDERED** that the motion is **GRANTED**.

May 23, 2019

David J. Hale, Judge
United States District Court