UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                            PLAINTIFF

vs.                          CRIMINAL ACTION NO. 3:18CR-176-DJH

KENNETH R. BETTS                                    DEFENDANT

**AGREED ORDER OF RESTITUTION**

Defendant, Kenneth R. Betts, pled guilty to violating 18 U.S.C. §§ 2252A(a)(2)(A), 2252A(a)(5)(B), 2252A(b)(1), 2252A(b)(2), and 2422(b), with regard to John Doe 1. The offenses involve online enticement, distributing and possessing child pornography. Based on information provided by John Doe 1, Betts agrees to pay restitution in the amount of $20,000.00 - $5,000.00 of which shall be paid on July 3, 2019.

    **IT IS HEREBY ORDERED** as follows:

1. The Defendant is ordered to pay restitution in the amount of $20,000.00 for John Doe 1;

2. An initial payment of $5,000.00 shall be paid on July 3, 2019;

3. Interest **shall not accrue** as provided in 18 U.S.C. § 3612(f) and is hereby waived;

4. The victim's name and address will be provided to the Clerk of Court **under seal** to protect the victim's interests under the Crime Victims' Rights Act, 18 U.S.C. § 3771;

5. All payments must be made to the United States District Court Clerk, Gene Snyder Courthouse, 601 West Broadway, First Floor, Louisville, KY 40202; and

6. This Restitution Order is pursuant to 18 U.S.C. § 3664 and shall be incorporated into the Judgment and Conviction as if set out verbatim therein.

Having seen and agreed this 2nd day of July, 2019:

RUSSELL M. COLEMAN
United States Attorney

/s/ *Jo E. Lawless*

Jo E. Lawless
Assistant United States Attorney
717 West Broadway
Louisville, KY 40202
Phone: (502) 582-5911

/s/ *Brian Butler*

Brian Butler, Retained
Counsel for Defendant
600 West Main Street, #500
Louisville, KY 40202
Phone: (502) 882-5192

July 2, 2019

**David J. Hale, Judge**
**United States District Court**

cc:   United States Probation Officer
      United States District Court, Finance Dept.

2