

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                   Plaintiff,

v.                                                          Criminal Action No. 3:18-cr-176-DJH

KENNETH R. BETTS                                            Defendant.

\* \* \* \* \*

### ACKNOWLEDGMENT OF WAIVER OF APPEAL RIGHTS

I hereby acknowledge that as a part of my plea agreement with the United States, I waived the right to appeal the sentence I just received from the Court.

July 2, 2019                                                _____
Date                                                        Defendant's Signature