USDC KYWD 245B (Rev. 02/16) Judgment in a Criminal Case Sheet 2 - Imprisonment

Judgment-Page 3 of 8

DEFENDANT: **Betts, Kenneth R.**
CASE NUMBER: **3:18-CR-176-1-DJH**

19 SEP -4 AM 9:08

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of **192 months as to Counts 1, 3, 4, 6, and 7 of the Indictment and 120 months as to Counts 2 and 5 of the Indictment with all to run concurrent for a total of 192 months imprisonment.**

☒  The Court makes the following recommendations to the Bureau of Prisons: 1) that the defendant's physical health be evaluated for appropriate placement, and 2) that the defendant be housed in a facility as close as possible to his family in Louisville, Kentucky.

☒  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

  ☐  at           A.M. / P.M. on

  ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐  Before 2:00 p.m. on

  ☐  as notified by the United States Marshal.

  ☐  as notified by the Probation or Pretrial Services Office.

  ☐  The defendant shall continue under the terms and conditions of his/her present bond pending surrender to the institution.

## RETURN

I have executed this judgment as follows:

Defendant delivered on __8-16-19__ To __FCI Loretto__
at __Loretto, PA__, with a certified copy of this judgment.

__V. Moser, Warden__
~~UNITED STATES MARSHAL~~

By __R. Mullen, CSO__
Deputy U.S. Marshal