FILED (JS)
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
20 DEC 28 PM 2:18

Monday, December 21, 2020

Dear United States District Court Clerk,

Please find attached my motion for sentence reduction under 18 U.S.C. § 3582(c)(1)(A) (Compassionate Release).

I do not have an attorney and request an attorney be appointed to help me. I request all documents and motion be under seal. Furthermore, due to our current COVID-19 lock down, I have no access to a copier and would kindly request a copy of the items that are filed.

Thank you very much!

Respectfully,

*[signature]*

Kenneth Ryan Betts
# 19536-633
Federal Correctional Institution Loretto
Post Office Box 1000
Cresson, PA 16630