BETTS, Kenneth
Reg. No. 19536-033

This is in response to your Request for Compassionate
Release/Reduction in Sentence Consideration dated May 14, 2020.
You request a Compassionate Release based on "Debilitated
Medical Condition".

A thorough review of your request was completed utilizing
Program Statement 5050.50, Compassionate Release/Reduction in
Sentence. The Medical Review/Summary prepared in your case
indicates you have not been diagnosed with an incurable,
progressive illness and have not suffered from a debilitating
injury from which you will not recover. You are not completely
disabled and are able to perform activities of daily living.
Additionally, you are not confined to a bed or chair more than
50% of waking hours. You do not have a diagnosis of a cognitive
deficit which affects your mental capacity or function. Based
on this information, you are not eligible for a Compassionate
Release due to a Debilitated Medical Condition.

The BOP is taking extraordinary measures to contain the spread
of COVID-19 and treat any affected inmates. We recognize that
you, like all of us, have legitimate concerns and fears about
the spread and effects of the virus. However, your concern
about being potentially exposed to, or possibly contracting
COVID-19 does not currently warrant an early release from your
sentence.

Accordingly, your request for Compassionate Release/Reduction in
Sentence is denied. If you are dissatisfied with this response,
the First Step Act allows you to file an appeal directly to the
court 30 days after requesting compassionate release from the
Warden without utilizing and/or exhausting the Administrative
Remedy process. You may also appeal through the Administrative
Remedy Program.

V. Moser, Warden

May 29, 2020
Date