UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,	Plaintiff,

v.	Criminal Action No. 3:18-cr-176-DJH

KENNETH R. BETTS,	Defendant.

\* \* \* \* \*

## ORDER

Defendant Kenneth R. Betts has filed a motion for compassionate release. (Docket No. 64)  The Court requires timely response or a motion requesting a reasonable extension for good cause.  Accordingly, it is hereby

**ORDERED** that the United States shall file a response to the motion **within seven (7) days** of entry of this Order.

January 13, 2021

David J. Hale, Judge
United States District Court

1