UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                 Plaintiff,

v.                                                                        Criminal Action No. 3:18-cr-176-DJH

KENNETH R. BETTS,                                                                         Defendant.

\* \* \* \* \*

### ORDER

Defendant Kenneth R. Betts has filed a sealed motion for compassionate release with accompanying documents. (Docket No. 64) However, not all of these filings merit sealing, as portions do not contain sensitive health information or private protected information. Accordingly, on the Court's own motion, it is hereby

**ORDERED** that D.N. 64 and D.N. 64-3 shall be unsealed. The Clerk of Court is **DIRECTED** to remove the seals. D.N. 64-1 and 64-2 shall remain sealed.

February 25, 2021

David J. Hale, Judge
United States District Court