MONDAY, APRIL 5, 2021

DEAR OFFICE OF THE CLERK,

CAN I PLEASE REQUEST AN UPDATED COPY OF THE DOCKET FOR CRIMINAL ACTION NO: 3:18CR176-DJH? THANK YOU VERY MUCH!

RESPECTFULLY,

FILED
JAMES J. VILT, JR. - CLERK
APR - 8 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY



⇔19536-033⇔
Kenneth Betts
FCI Loretto #19536-033
Federal Correctional Institution
P.O. Box 1000
Cresson, PA 16630
United States

⇔19536-033⇔
Kenneth Betts
FCI Loretto #19536-033
Federal Correctional Institution
P.O. Box 1000
Cresson, PA 16630
United States

JOHNSTOWN PA 159
05 APR 2021 P 1 L

⇔19536-033⇔
Office Of The Clerk
U.S. District Court
601 W Broadway
106 Gene Snyder Courthouse
Louisville, KY 40202-2249
United States

**RECEIVED**
JAMES J. VILT, JR. - CLERK
APR -8 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

40202$0202