FILED
JAMES J. VILT, JR. - CLERK
JAN -2 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Thursday, December 28, 2023

Dear Clerk of Court,

Could I please request a copy of my Judgement and Commitment (J+C).

Thank you,

Kenneth Ryan Betts
#19536-033
FCI Loretto
P.O. Box 1000
Cresson, PA 16630

Judge: David Hale
Case Number: 3:18-CR-176-1-DJH

⇔19536-033⇔
Kenneth Betts
FCI Loretto #19536-033
Federal Correctional Institution
P.O. Box 1000
Cresson, PA 16630
United States

JOHNSTOWN PA 159
29 DEC 2023 PM 2 T



FILED
JAMES J. VILT, JR. - CLERK
JAN - 2 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

⇔19536-033⇔
Office Of The Clerk
U.S. District Court
601 W Broadway
106 Gene Snyder Courthous
Louisville, KY 40202-2249
United States